# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Shawn Taylor

                V.

G. Stratton, et al

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 05cv1963-H

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Order dismissing with prejudice plaintiff's complaint with prejudice in its entirety..........................................

| September 7, 2006 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/R. Rhone |
| | (By) Deputy Clerk |
| | ENTERED ON September 7, 2006 |

05cv1963